IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff,

                                      Case No. 3:03cr160(1)

v. :

                                      JUDGE WALTER H. RICE

DELMAIN FANNIN,

    Defendant. :

---

ENTRY REFERRING DEFENDANT, UPON THE COURT'S OWN MOTION,
TO A FEDERAL MEDICAL CENTER FOR A MENTAL STATUS
EVALUATION AND REPORT, PURSUANT TO 18 U.S.C. § 3552(c)

---

The Defendant is currently under a sentence of 84 months in Case No. 3:12cr077, sentence having been imposed on October 16, 2012. The Defendant has also been found culpable in violating his supervised release, a status that began January 15, 2010, in Case No. 3:03cr160, although final disposition has not been had on the supervised release matter. Based upon the record made during several conferences held between Court and counsel in October, 2012, this Court, upon its own Motion, pursuant to 18 U.S.C. § 3552(c), refers the Defendant to a federal medical center for psychological testing and psychiatric evaluation leading to a full mental status evaluation and report, said request of the Court being necessary, in its opinion, to receive all information needed to make a proper disposition of the above-referenced supervised release matter.

November 8, 2012

                                              WALTER H. RICE
                                      UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Chris Owens, U.S. Probation Officer