IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DELMAINE FANNON,

    Defendant.

Case No. 3:03cr160

JUDGE WALTER H. RICE

---

ENTRY ORDERING FURTHER PROCEEDINGS ON SUPERVISED
RELEASE PETITION FILED IN CAPTIONED CAUSE; COURT REFERS
DEFENDANT TO DR. MASSIMO DeMARCHIS, PSY. D. FOR MENTAL
STATUS EVALUATION PURSUANT TO 18 U.S.C. § 3552(c) AND TO
ANSWER SPECIFIC QUESTION; DIRECTIVE TO PERSONNEL AT
MONTGOMERY COUNTY JAIL

---

The Defendant, in addition to being under a sentence of 84 months imposed in Case No. 3:12cr77, is on supervised release with this Court, in the captioned cause, a status that began January 15, 2010. On October 29, 2012, the Defendant was referred to a federal medical center for a mental status evaluation and report, pursuant to 18 U.S.C. § 3552(c). A report has been returned from the federal medical center, which is unobjected to by counsel for either party. However, given that Defendant's counsel has some questions as to the Defendant's prognosis and what course of treatment, if any, might improve upon that prognosis, the Defendant is referred to Dr. Massimo DeMarchis, Psy. D., for a mental status evaluation, pursuant to 18 U.S.C. § 3552(c), both to render an opinion as to the Defendant's mental status and, if possible, the

prognosis and treatment, if any, for any said mental status so found. As an aid in Dr. DeMarchis' task, the Court will furnish a copy of the recent mental status evaluation from the federal medical center, in addition to a 2005 mental status report of the Defendant. Dr. DeMarchis is encouraged to visit the Defendant at the Montgomery County Jail and aid in furnishing this report.

The personnel at the Montgomery County Jail are instructed to afford Dr. DeMarchis ready and convenient access to the Defendant, in order to enable him to carry out this task.

April 11, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Christopher Owens, U.S. Probation Officer
U.S. Marshals Service
Dr. Massimo DeMarchis, Psy. D.