IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

DELMAIN FANNIN,

        Defendant.

:
:
:
:
:
:

Case No. 3:03cr160

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF
SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE,
CONSECUTIVE TO THE 84-MONTH SENTENCE PREVIOUSLY IMPOSED
IN CASE 3:12CR077; DIRECTIVE REFERENCE PSYCHOLOGICAL
EVALUATIONS OF DEFENDANT; RECOMMENDATIONS TO THE
BUREAU OF PRISONS; RIGHT OF APPEAL EXPLAINED AND
UNDERSTOOD; TERMINATION ENTRY

---

On June 25, 2013, the Defendant, already under sentence of 84 months in Case

No. 3:12cr077, appeared in open Court for final disposition on a Petition directing him to show

cause why his supervised release, a status that began January 15, 2010, should not be revoked.

Pursuant to the record made on the aforesaid June 25, 2013, and, further, noting that the

Defendant had previously admitted to allegations set forth in the referenced Petition, revoked

said supervised release and remanded the Defendant to the custody of the Attorney General of the

United States, the Bureau of Prisons, for a period of 18 months, said sentence to run

consecutively to the 84-month sentence imposed in 3:12cr077, with no period of supervised

release to follow.

It is the order of the Court that the two psychological reports from Dr. Massimo DeMarchis, under dates of June 1, 2005 and April 29, 2013, as well as the January 27, 2013, mental status evaluation from the Federal Medical Center at Springfield, Missouri, be forwarded to the designating official at the Bureau of Prisons, as an aid and assistance both in the process of designation and in evaluation of the type of mental health therapy the Defendant needs to receive at the designated institution.

This Court will recommend to the Bureau of Prisons that Defendant be given credit for all allowable pre-sentence time served, that he be designated as close to his home in the Dayton, Ohio, area as possible consistent with his security status, that Defendant receive counseling in a structured anger management program and receive mental health therapy on his co-dependency issues. Additionally, the Court recommends that Defendant be made eligible for and enrolled in the Bureau of Prisons 500-hour Residential Drug Treatment Program. Finally, Defendant is to receive a thorough medical examination and adequate medication/counseling to deal with his pain management issues.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

June 28, 2013

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

-2-

Copies to:

Counsel of record
Christopher Owens, U.S. Probation Officer
U.S. Marshals Service